UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

| | |
|---|---|
| JORDAN PALLOTTA and ALLIYAH RAWLINS, individually and on behalf of all other persons similarly situated who were employed by IROQUOIS NURSING HOME, INC., MEDCOR STAFFING INC., and/or any other entities affiliated with or controlled by IROQUOIS NURSING HOME, INC., MEDCOR STAFFING INC.<br><br>         Plaintiffs,<br>-against-<br><br>IROQUOIS NURSING HOME, INC., MEDCOR STAFFING INC. and any related entities,<br><br>         Defendants. | **NOTICE OF MOTION FOR PRELIMINARY APPROVAL**<br><br>CIVIL ACTION<br>CASE NO: 6:23-cv-01197<br>(DNH/ML) |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Frank S. Gattuso, sworn to on June 21, 2024, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable Judge David N. Hurd, at the United States Courthouse for the Northern District of New York, located at 10 Broad St. Utica, NY 13501, on a return date set by the Court, for preliminary approval of the proposed class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: June 21, 2024

                   */s/ Frank S. Gattuso*
                   Frank S. Gattuso
                   GATTUSO & CIOTOLI, PLLC
                   The White House
                   7030 E. Genesee Street
                   Fayetteville, New York 13066
                   (315) 314-8000
                   fgattuso@gclawoffice.com
                   *Attorneys for Plaintiff Settlement Class*