UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

| | |
|---|---|
| JORDAN PALLOTTA and ALLIYAH RAWLINS, individually and on behalf of all other persons similarly situated who were employed by IROQUOIS NURSING HOME, INC., MEDCOR STAFFING INC., and/or any other entities affiliated with or controlled by IROQUOIS NURSING HOME, INC., MEDCOR STAFFING INC., <br><br> Plaintiffs, <br><br> - against - <br><br> IROQUOIS NURSING HOME, INC., MEDCOR STAFFING INC. and any related entities, <br><br> Defendants. | **NOTICE OF MOTION- UNOPPOSED** <br><br> CIVIL ACTION <br> CASE NO: 6:23-cv-01197 <br> (DNH/ML) |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Frank S. Gattuso, sworn to on October 18, 2024, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable David N. Hurd at the United States Courthouse for the Northern District of New York, located at 10 Broad Street, Utica, New York 13501, on Wednesday November 20, 2024, at 1:00 pm, for final approval of the class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: October 18, 2024

/s/ Frank S. Gattuso
Frank S. Gattuso
GATTUSO & CIOTOLI, PLLC
The White House
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000
fgattuso@gclawoffice.com
*Attorneys for Plaintiff Settlement Class*